7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Kevin Hung Phan
*Debtor*

*Bankruptcy Case No.*
14–60673–abf7

**J. Kevin Checkett**
 Plaintiff(s)

*Adversary Case No.*
14–06039–abf

v.

**Jay Jeffries**
 Defendant(s)

## JUDGMENT

   The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Default Judgment is hereby entered in favor of the Plaintiff, J. Kevin Checkett, Trustee in Bankruptcy of Kevin Hong Phan, and against the Defendant, Jay Jeffries in the sum of Six Thousand Five Hundred Dollars ($6,500.00) plus interest accruing at the statutory rate hereafter and the cost of this proceeding.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
 Deputy Clerk



Date of issuance: 2/24/15

Court to serve